# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARCHON GAMING CORPORATION,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JAMES CROCKETT, DISTRICT JUDGE,

Respondents,

and

THE DEPARTMENT OF ADMINISTRATION APPEALS OFFICE, AN AGENCY OF THE STATE OF NEVADA; SIERRA NEVADA ADMINISTRATORS; REPUBLIC WESTERN; AND JAMES KELLY,

Real Parties in Interest.

No. 72011

**FILED**

MAR 23 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Cause appearing, petitioner's motion for a voluntary dismissal of this petition is granted. This original proceeding is dismissed. NRAP 42(b). Any subsequent writ petition filed by petitioner will be docketed as a separate matter.

It is so ORDERED.[1]

_____ Cherry , C.J.

_____

[1]Based on this order, real party in interest James Kelly's motion for an extension of time to file an answer to the writ petition is denied as moot.

cc:    Hon. James Crockett, District Judge
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Alan R. Johns
       Eighth District Court Clerk